To The Honorable Deborah Chasanow,

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
APR 1 8 2013
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Your Honor,

forgive me if this is not the proper form. I have a potential Life and Death situation, And it needs to be addressed. April 2009 my son was accused of being involved in a prison Murder. The victim was a member of the B.G.f, with our last name being a "oddish" type name it did NOT take long for the B.G.f to find out that Kelly Toomer was my son. And it's been a WAR every since. Furthermore, On March 15th 2013 I was convicted of killing a High-Ranking member of the Bloods!! I've contacted I.I.U "NO RESPONSE" I wrote the Unit manager Lt. Smith, He referred me to case manager, Mr. Teat I spoke with Mr. Teat face to face, He said, "He would put me on the pass-list," And speak with me the week of March 8th. O.K things happen and I really understand that, However it's time to get started. first I'm housed at NBC-I but I'm a B.C.D.C detainee. The policy in place now is everybody goes thru B.C.D.C once there convicted. You may rember I was stabbed multiple times and correctional officers assisted in the aforementioned attacks!! All at B.C.D.C, I'm asking for a ~~[crossed out]~~ Injunction, Not to return to B.C.D.C in my present situation,

More than anything I feel as though I will not be the victim again!! As a Judge you've seen just about everything twice. Imagine living through everything twice. That's how I feel. The next time anyone comes at me, Blood, Crip, BGF, Monkey, Kings, number, letters ANYTHING I'm killing it, them, they whomever. I WILL NOT BE THE VICTIM!! Never again.

**Second.** The Division of Correction has a program that sends Maryland Prisoners to other States to do there time. That's my goal. But first I need a temporary Injunction.

**Finally.** Your Honor it's actually that serious I pray you issue this Injunction. So I can continue my legal fight for my freedom

Respectfully Submitted,
Derrick Toomer

P.S

Thank you in advance for your prompt and curteous response!

To be crystal clear, I'm asking for a Temporary Injunction as to NOT return to B.C.D.C. My physical person need not to be there to be classified