THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

Derrick Toomer
MU# 1005

FILED ___ ENTERED ✓
LOGGED ___ RECEIVED ___

MAY 03 2013

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Honorable Deborah Chasanow

RE: TEMPORARY INJUNCTION

Your Honor,
I've contacted the Gang Cordinator, and upon my conviction I'm being sent outside of Maryland to do my time. However in the last 2 years B.C.D.C has developed a new policy. It's now holding newly convicted and doing classification inside of B.C.D.C. I have 2 lawsuit against B.C.D.C staff and I've been stabbed twice due to B.C.D.C security.

It's a life or death situation if I'm forced back to B.C.D.C. I will not be the victim again! The classification procedure is done by the administrative representation. Convicts has absolutely nothing to do with the process. I can be classified here at NBCI my presence is not required. When my lawyer needs to talk to me he calls and I'm allowed to speak with him.

Finally. Your Honor I'm not safe inside B.C.D.C it's no if ands or buts. Someone will get hurt or lose there life

SIGNED,
Derrick Toomer

I HEREBY DECLARE THAT EVERY WORD IN THIS MOTION/LETTER IS 100% TRUE TO THE BEST OF MY KNOWLEDGE.

Respectfully Submitted,

Derrick Toomer